LINDSAY LAW CORPORATION
JAMES M. LINDSAY (164758)
(jlindsay@lindsaylawcorporation.com)
21 Natoma Street, Suite 160
Folsom, CA  95630
Telephone:     (916) 294-7573
Facsimile:     (916) 294-7583

Attorneys for Plaintiffs
Heidi Anderson-Butler and Paula Haug

COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendants
Charming Charlie Inc. and Charming Charlie LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HEIDI ANDERSON-BUTLER and PAULA HAUG on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARMING CHARLIE INC., a Delaware Corporation; CHARMING CHARLIE LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  14-cv-01921-WBS-AC<br><br>**Notice of Settlement in Principle and Stipulation to Vacate All Dates** |

WHEREAS, plaintiffs Heidi Anderson-Butler and Paula Haug (collectively, "Plaintiffs") and defendants Charming Charlie Inc. and Charming Charlie LLC (collectively, "Charming Charlie" or "Defendants") attended a mediation on April 10, 2015 before the Hon. William C. Pate (Ret.) of JAMS, Inc.;

WHEREAS, although the mediation provided a constructive forum for settlement discussions, it did not result in a settlement;

WHEREAS, after the mediation, additional settlement efforts were attempted between the parties, with the assistance of Judge Pate;

WHEREAS, as a result of the progress made at the mediation and the subsequent discussions, the parties have reached a settlement in principle of the action;

WHEREAS, the parties are presently working towards completing the terms of a written settlement, which would include terms governing, *inter alia*, class-wide relief and class notice;

WHEREAS, in furtherance of those efforts, and to avoid any unnecessary expense, the parties agreed to request the Court to vacate all pending dates and deadlines such that they can focus their efforts on [a] completing the terms of a written settlement agreement, and [b] Plaintiffs' motion for preliminary settlement approval; and

WHEREAS, the Parties anticipate that Plaintiffs will file a motion for preliminary settlement approval by June 5, 2015.

///

///

1.     NOTICE OF SETTLEMENT & STIP. TO VACATE DATES
14-CV-01921

NOW THEREFORE, in light of the parties' settlement in principle, the parties hereby request through their respective counsel of record that the Court vacate all pending dates and deadlines.

Dated:    May 11, 2015          COOLEY LLP


                                By: /s/ *Michelle C. Doolin*
                                    Michelle C. Doolin (179445)

                                Attorneys for Defendants
                                CHARMING CHARLIE INC. and CHARMING CHARLIE LLC

Dated:    May 11, 2015          LINDSAY LAW CORPORATION


                                By: /s/ *James M. Lindsay*
                                    (as authorized on May 6, 2015)
                                    James M. Lindsay (164758)

                                Attorney for Plaintiffs
                                HEIDI ANDERSON-BUTLER and PAULA HAUG

### ORDER

Having considered the parties' foregoing Stipulation and for good cause shown, IT IS ORDERED that the dates and deadlines set in this Action are vacated. A Status Conference is set for **June 22, 2015 at 2:00 p.m.**, to be vacated upon plaintiffs' filing of a motion for preliminary settlement approval by June 5, 2015.

Dated:   May 11, 2015

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE