1  COOLEY LLP
   MICHELLE C. DOOLIN (179445)
2  (doolinmc@cooley.com)
   DARCIE A. TILLY (239715)
3  (dtilly@cooley.com)
   CRAIG E. TENBROECK (287848)
4  (ctenbroeck@cooley.com)
   4401 Eastgate Mall
5  San Diego, CA  92121
   Telephone:     (858) 550-6000
6  Facsimile:     (858) 550-6420

7  Attorneys for Defendants
   CHARMING CHARLIE INC. and CHARMING
8  CHARLIE LLC

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| HEIDI ANDERSON-BUTLER and PAULA HAUG on behalf of themselves and all others similarly situated, | Case No. 14-cv-01921-WBS-AC |
| Plaintiffs, | STIPULATION OF DISMISSAL of CHARMING CHARLIE INC. (Only) |
| v. | |
| CHARMING CHARLIE INC., a Delaware Corporation; CHARMING CHARLIE LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive, | |
| Defendants. | |

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
Civil Procedure, Plaintiffs Heidi Anderson-Butler and Paula Haug
("Plaintiffs") and Defendants Charming Charlie LLC and Charming
Charlie Inc., by and through their respective counsel, hereby
stipulate and agree that all of Plaintiffs' claims in this action
are hereby dismissed with prejudice with respect to Charming

1  Charlie Inc. only.  Defendant Charming Charlie LLC remains a

2  party to this Action.

3      Because this stipulation is signed by all parties who have

4  appeared, no Court order is necessary to effectuate dismissal.

5  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

6

7  **IT IS SO STIPULATED.**

8  Dated: August 28, 2015    COOLEY LLP

9

10                             */s/Darcie A. Tilly*
                               Darcie A. Tilly (239715)
11

12                             Attorneys for Defendants
                               CHARMING CHARLIE INC. and CHARMING
13                             CHARLIE LLC

14  Dated: August 28, 2015    LINDSAY LAW CORPORATION

15

16                             */s/James M. Lindsay*
                               (as authorized on August 27, 2015)
17                             James M. Lindsay (164758)

18                             Attorney for Plaintiffs HEIDI
                               ANDERSON-BUTLER and PAULA HAUGH
19

20

21

22

23

24

25

26

27

28